UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 03CR 10238 MEL
v. )
)
FRANK AMODEO ) VIOLATION:
) 18 U.S.C. § 2113(a)
) Bank Robbery
)

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about December 12, 2002, in Brighton, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $1,981.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Citizen's Bank branch at 2000 Beacon Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about December 17, 2002, in Revere, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $3,000.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Fleet Bank branch at 94 Squire Road.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT THREE:** 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about February 10, 2003, in Saugus, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $2,950.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, East Boston Savings Bank branch at 320 Central Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FOUR**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about February 12, 2003, in Brookline, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $4,140.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Bay State Federal Bank branch at 1299 Beacon Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FIVE**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about February 25, 2003, in Boston, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $2,110.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Century Bank branch at 275 Hanover Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT SIX**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about March 6, 2003, in East Boston, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $3,242.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, East Boston Savings Bank at 856 Bennington Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT SEVEN**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about March 11, 2003, in East Boston, in the District of Massachusetts,

FRANK AMODEO,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $1,340.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, East Boston Savings Bank at One Bennington Street.

All in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Thomas E. Kanwit
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: 1:33 pm on July 16, 2003
Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk